# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| PITTSBURGH LOGISTICS SYSTEMS, INC., | : | No. 45 WAL 2019 |
| | : | |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| THE ASSET STORE, LLC, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 8th day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.